# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: )<br>)<br>ASI CAPITAL INCOME FUND, LLC  )<br>)<br>Debtor.  )<br>) | Case No. 20-14066- EEB<br>Chapter 11 |
| In re:<br><br>ASI CAPITAL, LLC<br><br>Debtor. | Case No. 20-14067- EEB<br>Chapter 11<br><br><br>(Jointly administered Under<br>Case No. 20-14066-EEB) |

# DEBTORS' LIST OF EXHIBITS FOR PRELIMINARY HEARING ON MOTION FOR VOLUNTARY DISMISSAL

ASI Capital Income Fund, LLC ("**ASICIF**") and ASI Capital LLC ("**ASIC**"), the debtors and debtors in possession herein (collectively, the "**Debtors**"), by and through their attorneys, Lewis Brisbois Bisgaard & Smith LLP, pursuant to L.B.R. 2081-3(C)(2), hereby designate the following exhibits for the preliminary hearing on the Debtors' Motion for Voluntary Dismissal (Dkt. No. 355) (the "**Motion**") scheduled for March 18, 2021 at 1:30 p.m.:

| Exhibit Number | Description |
|---|---|
| Debtors' Exhibit 1 | Exemplar of ASIC Forbearance Agreement |
| Debtors' Exhibit 2 | Exemplar of ASICIF Forbearance Agreement |

1

| Debtors' Exhibit 3 | ASIC Security Agreement |
|---|---|
| Debtors' Exhibit 4 | ASICIF Security Agreement |
| Debtors' Exhibit 5 | ASIC UCC Financing Statement |
| Debtors' Exhibit 6 | ASICIF UCC Financing Statement |
| Debtors' Exhibit 7 | Amended Joint Action By Unanimous Consent of the Members of ASI Capital, LLC and ASI Capital Income Fund, LLC |
| Debtors' Exhibit 8 | List of ASIC Noteholders who signed Forbearance Agreements |
| Debtors' Exhibit 9 | List of ASICIF Bondholders who signed Forbearance Agreements |

Copies of the foregoing Exhibits are being filed herewith and are being served on counsel for the parties who have filed objections to the Motion.

Dated: March 17, 2021

Respectfully submitted,

*/s/ John Cardinal Parks*
John Cardinal Parks, 18669
LEWIS BRISBOIS BISGAARD & SMITH, LLP
1700 Lincoln Street, Suite 4000
Denver, CO 80203
Telephone: (303) 861-7760
Fax: (303) 861-7767
E-mail: john.parks@lewisbrisbois.com
*Bankruptcy Counsel for the Debtors*

## CERTIFICATE OF SERVICE

I hereby certify that at copy of the foregoing List of Exhibits and the Debtors' Exhibits were served on the following counsel of record via the Court's CM/ECF system:

Alan K. Motes on behalf of U.S. Trustee US Trustee
Alan.Motes@usdoj.gov

Katharine S. Sender on behalf of Creditor Committee Official Committee of Bondholder's of ASI Capital Income Fund, LLC
ksender@cohenlawyers.com, cbuckley@cohenlawyers.com